UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| ADRIAN WILLIAMS | CIVIL ACTION |
|---|---|
| VERSUS | NO. 18-9365 |
| DARRYL VANNOY, WARDEN | SECTION "M"(1) |

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge (R. Doc. 15), and the objection to the Magistrate Judge's Report and Recommendation (R. Doc. 16), hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.[1] The Court observes that regardless of Mr. Williams's temporary lack of access to his institution's Law Library or the Offender Counsel Substitute and his re-assignment to a different Offender Counsel Substitute during his period to file written objections to the Report and Recommendation of the United States Magistrate Judge, Mr. Williams has filed no other documents in nearly two months since he filed a "General Objection," which raises no specific objections to the substance of the Report and Recommendation. Therefore,

**IT IS ORDERED** that Adrian Williams's petition for issuance of a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 is **DENIED** and **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 19th day of September, 2019.

BARRY W. ASHE
UNITED STATES DISTRICT JUDGE

---

[1] The Court corrects the date of the state district court's post-conviction relief order (State Rec., Vol. 9 of 13, Order) on page 3 of the Report and Recommendation to March 9, 2017.